IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-188-D

| | |
|---|---|
| S.J., a minor, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>LENDLEASE (US) PUBLIC )<br>PARTNERSHIP HOLDINGS, LLC, et al., )<br>)<br>    Defendants. ) | **ORDER** |

This matter comes before the court on defendants unopposed motion to hold remote hearing or excuse in-person appearance (D.E. 42). For the reasons set forth in the motion and with plaintiffs consent, the court finds good cause to grant the requested relief.

The court therefore ORDERS the hearing shall be conducted remotely via video conference. The parties should contact Glenna Faulk with the United States District Court (glenna_faulk@nced.uscourts.gov or (919-645-1719) no later than 4:00pm on January 10, 2022 to provide her with contact information for the video conference. A test run with the system will then be completed no later than 9:00am on January 11, 2022 to ensure there is no connection issues and to avoid any delay in this matter.

SO ORDERED, this the 10th day of January, 2022.

_____
Brian S. Meyers
United States Magistrate Judge