IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-CV-00188-D

| | |
|---|---|
| S.J., T.J, and S.L.J., minors, by their Guardian *ad Litem*, Lindsey Johnson; SCOTT JOHNSON; and LINDSEY JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> LENDLEASE (US) PUBLIC PARTNERSHIPS LLC; ATLANTIC MARINE CORPS COMMUNITIES LLC; AMCC PROPERTY MANAGEMENT LLC, <br><br> Defendants. | MOTION TO DISMISS <br><br> Fed. R. Civ. P. 12(b)(6) |

COME NOW Defendants, by and through the undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Civil Rules 7.1(e) and 7.2(a), and hereby file this Motion to Dismiss.

WHEREFORE, Defendants respectfully request that Defendants' Motion to Dismiss be granted for the reasons set out in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss.

Dated: January 23, 2023

Respectfully submitted,

/s/ Patrick M. Mincey
Patrick M. Mincey
N.C. Bar No. 38372
Stephen J. Bell
N.C. Bar No. 44211
CRANFILL SUMNER LLP
101 N. 3rd Street, Suite 400
Wilmington, NC 28401
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
pmincey@cshlaw.com
sbell@cshlaw.com

*Local Civil Rule 83.1 Counsel for Defendants*

/s/ Michael Klebanov
Michael Klebanov
Hal J. Perloff
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006-3606
Telephone: (202) 378-2300
hal.perloff@huschblackwell.com
michael.klebanov@huschblackwell.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-CV-00188-D

| | |
|---|---|
| S.J., T.J, and S.L.J.,<br>minors, by their Guardian *ad Litem*,<br>Lindsey Johnson; SCOTT JOHNSON;<br>and LINDSEY JOHNSON,<br><br>      Plaintiffs,<br><br>v.<br><br>LENDLEASE (US) PUBLIC<br>PARTNERSHIPS LLC;<br>ATLANTIC MARINE<br>CORPS COMMUNITIES LLC; AMCC<br>PROPERTY MANAGEMENT LLC,<br><br>      Defendants. | CERTIFICATE OF SERVICE |

    This is to certify that, pursuant to Rule 5(b)(2)(e) of the Federal Rules of Civil Procedure, the undersigned has this day electronically filed the attached *Motion to Dismiss* with the Clerk of Court using the CM/ECF System, which will automatically send notice of electronic filing to the following counsel:

    Michael K. Perry
    Holden K. McLemore
    Perry & Brandt
    P.O. Box 2108
    Wake Forest, N.C. 27588
    mperry@perrybrandtlaw.com
    hmclemore@perrybrandtlaw.com
    *Attorneys for Plaintiffs*

3

Case 7:21-cv-00188-D   Document 68   Filed 01/23/23   Page 3 of 4

Kristina S. Baehr
Just Well Law, PLLC
2606 W. 8th Street, Unit 1
Austin, TX 78703
kristina@well.law
*Attorney for Plaintiffs*

Dated: January 23, 2023

/s/ Patrick M. Mincey
Patrick M. Mincey
N.C. Bar No. 38372
Stephen J. Bell
N.C. Bar No. 44211
CRANFILL SUMNER LLP
101 N. 3rd Street, Suite 400
Wilmington, NC 28401
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
pmincey@cshlaw.com
sbell@cshlaw.com

*Local Civil Rule 83.1 Counsel for Defendants*

/s/ Michael Klebanov
Michael Klebanov
Hal J. Perloff
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006-3606
Telephone: (202) 378-2300
hal.perloff@huschblackwell.com
michael.klebanov@huschblackwell.com

*Attorneys for Defendants*