IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-CV-00188-D

| | |
|---|---|
| S.J., T.J, and S.L.J., minors, by their Guardian *ad Litem*, Lindsey Johnson; SCOTT JOHNSON; and LINDSEY JOHNSON, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| LENDLEASE (US) PUBLIC PARTNERSHIPS LLC; ATLANTIC MARINE CORPS COMMUNITIES LLC; and AMCC PROPERTY MANAGEMENT LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the motion filed by Defendants, pursuant to Fed. R. Civ. 6(b)(1), requesting that the Court extend by thirty (30) days the parties' deadline for the submission of expert reports. The Court finds that good cause is shown, as the extension is justified by unforeseen delays. Accordingly, the Court hereby orders that the parties' shall have until March 13, 2023, to submit expert reports.

SO ORDERED. This 10 day of February, 2023.

JAMES C. DEVER III
United States District Judge