IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-CV-00188-D

| | |
|---|---|
| SKYLEE JOHNSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE** |
| LEND LEASE (US) PUBLIC PARTNERSHIPS LLC, et al., | ) |
| Defendants. | ) |

Please take notice that the undersigned, Jamie H. Steiner, hereby enters a notice of special appearance as counsel for Defendants in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Patrick Mincey.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

*/s/ Jamie H. Steiner*
Jamie H. Steiner
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202
Tel: 303.749.7200
Fax: 303.749.7272
jamie.steiner@huschblackwell.com
Colorado State Bar I.D. 49304

*Attorneys for Defendants*

/s/ Patrick M. Mincey
Patrick M. Mincey
N.C. Bar No. 38372
Stephen J. Bell
N.C. Bar No. 44211
CRANFILL SUMNER & HARTZOG LLP
101 N. 3rd Street, Suite 400
Wilmington, NC 28401
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
pmincey@cshlaw.com
sbell@cshlaw.com

*Local Civil Rule 83.1 Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed via the Court's electronic filing system on this 8th day of March, 2023, to be served by operation of the electronic filing system on all ECF-registered counsel of record.

/s/ Jamie H. Steiner