IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:21-cv-00188

| | |
|---|---|
| S.J., T.J, and S.L.J., minors, by their Guardian *ad Litem*, Lindsey Johnson; SCOTT JOHNSON; and LINDSEY JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> LENDLEASE (US) PUBLIC PARTNERSHIPS LLC; ATLANTIC MARINE CORPS COMMUNITIES LLC; and AMCC PROPERTY MANAGEMENT LLC, <br><br> Defendants. | CERTIFICATE OF SERVICE |

This is to certify that on March 13, 2023 *DEFENDANTS' FED. R. CIV. P. 26(a)(2) DISCLOSURE* was served by electronic mail upon following counsel:

Michael K. Perry
Holden K. McLemore
Perry & Brandt
P.O. Box 2108
Wake Forest, N.C. 27588
mperry@perrybrandtlaw.com
hmclemore@perrybrandtlaw.com

*Attorney for Plaintiffs*

Kristina S. Baehr
Just Well Law, PLLC
2606 W. 8th Street, Unit 1
Austin, TX 78703
kristina@well.law

*Attorney for Plaintiffs*

Dated: March 13, 2023

/s/ *Patrick M. Mincey*
N.C. Bar No. 38372
Stephen J. Bell
N.C. Bar No. 44211
CRANFILL SUMNER LLP
5535 Currituck Drive, Suite 210
Wilmington, North Carolina 28403
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
pmincey@cshlaw.com
sbell@cshlaw.com

*Local Civil Rule 83.1 Counsel for Defendants*

/s/ *Michael Klebanov*
Hal J. Perloff
Michael Klebanov
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006-3606
Telephone: (202) 378-2300
hal.perloff@huschblackwell.com
michael.klebanov@huschblackwell.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Proof of Service, was filed electronically on March 13, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Michael Klebanov*