IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| S.J., T.J., and S.L.J., Minors, by their Guardian *ad Litem,* LINDSEY JOHNSON, SCOTT JOHNSON, and LINDSEY JOHNSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>LENDLEASE (US) PUBLIC PARTNERSHIPS LLC; ATLANTIC MARINE CORPS COMMUNITIES LLC; and AMCC PROPERTY MANAGEMENT LLC,<br><br>    Defendants. | CASE NO. 7:21-cv-00188-D |

## CERTIFICATE OF SERVICE

This is to certify that on March 13, 2023 Plaintiffs' Fed. R. Civ. P. 26(a)(2) Disclosure was served by electronic mail upon the following counsel:

| | |
|---|---|
| Patrick Mincey<br>Stephen J. Bell<br>CRANFILL SUMNER LLP<br>5535 Currituck Drive, Suite 210<br>Wilmington, North Carolina 28403<br>Telephone: (910) 777-6000<br>Facsimile: (910) 777-6111<br>pmincey@cshlaw.com<br>sbell@cshlaw.com | Hal J. Perloff<br>Michael Klebanov<br>HUSCH BLACKWELL LLP<br>1801 Pennsylvania Avenue, NW,<br>Suite 1000<br>Washington, DC 20006-3606<br>Telephone: (202) 378-2300<br>hal.perloff@huschblackwell.com<br>michael.klebanov@huschblackwell.com |

Dated: March 14, 2023                Respectfully submitted,

/s/ Kristina Baehr

Holden K. McLemore, NC State Bar #56361
Michael K. Perry, NC State Bar #11050
Trevor D. Brandt, NC State Bar #45892
**PERRY & BRANDT, ATTORNEYS AT LAW**
P.O. Box 2108
Wake Forest, North Carolina 27588
Telephone: (919) 556-3008
Facsimile: (919) 249-5130

Kristina S. Baehr
TX State Bar No. 24080780
**JUST WELL LAW, PLLC**
2606 W 8th St, Unit 1
Austin, Texas 78703
Telephone: (512) 994-6241
Facsimile: (512) 953-7864
kristina@well.law

*Attorneys for Plaintiffs*