THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:21-cv-00188-D

| | |
|---|---|
| S.J., T.J., and S.L.J., Minors, by their Guardian *ad Litem,* LINDSEY JOHNSON, SCOTT JOHNSON, and LINDSEY JOHNSON, | |
| Plaintiffs, | [PROPOSED] ORDER |
| v. | |
| LENDLEASE (US) PUBLIC PARTNERSHIPS LLC; ATLANTIC MARINE CORPS COMMUNITIES LLC; and AMCC PROPERTY MANAGEMENT LLC, | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion to Compel Production (Dkt. 85). After reviewing the Motion and the authority cited therein, the Court finds that the Motion should be GRANTED, and the Defendants' will produce data and documents concerning complaints of mold and water damage in AMCC homes at Camp LeJeune from 2015-2022.

It is SO ORDERED.


Signed this _____ of _____, 2021.


_____
DISTRICT JUDGE JAMES C. DEVER, III