IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-CV-00188-D

| | |
|---|---|
| S.J., T.J, and S.L.J., minors, by their Guardian *ad Litem*, Lindsey Johnson; SCOTT JOHNSON; and LINDSEY JOHNSON, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| LENDLEASE (US) PUBLIC PARTNERSHIPS LLC; ATLANTIC MARINE CORPS COMMUNITIES LLC; and AMCC PROPERTY MANAGEMENT LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the unopposed motion filed by Defendants, pursuant to Fed. R. Civ. 6(b)(1), requesting the Court to allow for expert depositions to occur after the current discovery deadline. The Court finds that good cause is shown, as the extension is justified. Accordingly, the Court GRANTS Defendants' Unopposed Motion for Expert Depositions Post-Discovery Deadline.

Dated: 4/17/23            _____