IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-CV-00188-D

| | |
|---|---|
| S.J., T.J, and S.L.J., minors, by their Guardian *ad Litem*, Lindsey Johnson; SCOTT JOHNSON; and LINDSEY JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> LENDLEASE (US) PUBLIC PARTNERSHIPS LLC; ATLANTIC MARINE CORPS COMMUNITIES LLC; and AMCC PROPERTY MANAGEMENT LLC, <br><br> Defendants. | CONSENT MOTION TO SEAL ORDER OF APPROVAL OF MINOR SETTLEMENT |

Plaintiffs S.J., T.J. and S.L.J., minors, by their Guardian *ad Litem*, Lindsey Johnson, Scott Johnson and Lindsey Johnson and Defendants Lendlease (US) Public Partnerships LLC, Atlantic Marine Corps Communities LLC, and AMCC Property Management LLC (hereinafter "the Parties"), by and through undersigned counsel, and pursuant to Local Civil Rule 79.2, respectfully move the Court to seal permanently the Plaintiffs' Order of Approval of Minor Settlement and its supporting exhibits.

The Order and its supporting exhibits contain sensitive information about minors which may not be publicly filed pursuant to Fed. R. Civ. P. 5.2 and this Court's Electronic Case Filing Administrative Policies and Procedures Manual, as well as information concerning a Confidential Settlement entered into by the Parties.

Further, information contained in the subject Order must be safeguarded pursuant to the Health Insurance Portability and Accountability Act (HIPAA), Pub. L. 104-191, 110 Stat. 1936. Filing under seal serves the Plaintiffs' interests by preserving confidential medical information protected by statute. Additionally, the documents sought to be filed under seal are documents that contain confidential medical information of the Plaintiffs. All parties consent to filing under seal.

WHEREFORE, the Parties respectfully moves the Court to grant the Consent Motion to Order of Approval of Minor Settlement.

Dated: June 2, 2023

/s/ Patrick M. Mincey
Patrick M. Mincey
N.C. Bar No. 38372
Stephen J. Bell
N.C. Bar No. 44211
CRANFILL SUMNER LLP
5535 Currituck Drive, Suite 210
Wilmington, NC 28403
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
pmincey@cshlaw.com
sbell@cshlaw.com

*Local Civil Rule 83.1 Counsel for Defendants*

/s/ Hal J. Perloff
Hal J. Perloff
Michael Klebanov
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006-3606
Telephone: (202) 378-2300
hal.perloff@huschblackwell.com
michael.klebanov@huschblackwell.com
*Attorneys for Defendants*

/s/ Holden K. McLemore
Michael K. Perry
Holden K. McLemore
Perry & Brandt
P.O. Box 2108
Wake Forest, N.C. 27588
mperry@perrybrandtlaw.com
hmclemore@perrybrandtlaw.com
*Attorney for Plaintiffs*

Kristina S. Baehr
Just Well Law, PLLC
2606 W. 8th Street, Unit 1
Austin, TX 78703
kristina@well.law
*Attorney for Plaintiffs*

3

Case 7:21-cv-00188-D    Document 113    Filed 06/02/23    Page 3 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-cv-00188-D

| | |
|---|---|
| S.J., T.J, and S.L.J., minors, by their Guardian *ad Litem*, Lindsey Johnson; SCOTT JOHNSON; and LINDSEY JOHNSON,<br><br>    Plaintiffs,<br><br>v.<br><br>LENDLEASE (US) PUBLIC PARTNERSHIPS LLC; ATLANTIC MARINE CORPS COMMUNITIES LLC; and AMCC PROPERTY MANAGEMENT LLC,<br><br>    Defendants. | CERTIFICATE OF SERVICE |

    This is to certify that, pursuant to Rule 5(b)(2)(e) of the Federal Rules of Civil Procedure, the undersigned has this day electronically filed the attached *CONSENT MOTION TO SEAL ORDER OF APPROVAL OF MINOR SETTLEMENT* with the Clerk of Court using the CM/ECF System, which will automatically send notice of electronic filing to the following counsel:

| | |
|---|---|
| Michael K. Perry<br>Holden K. McLemore<br>Perry & Brandt<br>P.O. Box 2108<br>Wake Forest, N.C. 27588<br>mperry@perrybrandtlaw.com<br>hmclemore@perrybrandtlaw.com<br><br>*Attorney for Plaintiffs* | Kristina S. Baehr<br>Just Well Law, PLLC<br>2606 W. 8th Street, Unit 1<br>Austin, TX 78703<br>kristina@well.law<br><br>*Attorney for Plaintiffs* |

4

Dated: June 2, 2023

/s/ Patrick M. Mincey
Patrick M. Mincey
N.C. Bar No. 38372
Stephen J. Bell
N.C. Bar No. 44211
CRANFILL SUMNER LLP
5535 Currituck Drive, Suite 210
Wilmington, NC 28403
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
pmincey@cshlaw.com
sbell@cshlaw.com

*Local Civil Rule 83.1 Counsel for Defendants*

/s/ Hal J. Perloff
Hal J. Perloff
Michael Klebanov
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006-3606
Telephone: (202) 378-2300
hal.perloff@huschblackwell.com
michael.klebanov@huschblackwell.com

*Attorneys for Defendants*

5

Case 7:21-cv-00188-D   Document 113   Filed 06/02/23   Page 5 of 5