IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:21-CV-00188-D

| | |
|---|---|
| S.J., T.J, and S.L.J., minors, by their Guardian *ad Litem*, Lindsey Johnson; SCOTT JOHNSON; and LINDSEY JOHNSON, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)<br>) |
| LENDLEASE (US) PUBLIC PARTNERSHIPS LLC; ATLANTIC MARINE CORPS COMMUNITIES LLC; and AMCC PROPERTY MANAGEMENT LLC, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## (PROPOSED) ORDER

This matter is before the Court on the consent motion filed by the parties, requesting the Court to seal the Order of Approval of Minor Settlement. The Court finds it to be in the best interest of the parties to seal the Order of Approval of Minor Settlement, which contains sensitive information about the minor parties and the Confidential Settlement entered into by the Parties.

Dated: _____                               _____